## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:

Case No: 8:18-bk-00025-RCT
Chapter 13

LAWRENCE ALLAN POWER

_____/

## REPORT OF UNCLAIMED FUNDS

After making distributions of monies received in this case, the Chapter 13 Standing Trustee states that all checks issued prior to June 5, 2019, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 116065 | $5,023.00 | Lawrence Allan Power<br>c/o Debt Relief Legal Group, LLC<br>901 W. Hillsborough Avenue<br>Tampa, FL  33603 |
| 116065 | $465.00 | Lawrence Allan Power<br>c/o Debt Relief Legal Group, LLC<br>901 W. Hillsborough Avenue<br>Tampa, FL  33603 |

Pursuant to the provisions of 11 U.S.C. Section 347, the Trustee submits these funds totaling $5,488.00 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry.

Dated:  July 25, 2019.

/s/ Kelly Remick
Kelly Remick
Chapter 13 Standing Trustee
P.O. Box 6099
Sun City Center, FL 33571-6099
Phone (813) 658-1165
Fax (813) 658-1166

Cc: Clerk, U.S. Bankruptcy Court/Court Registry